April 12, 1967

## Commonwealth *v.* Johnson, Appellant.

Argued March 20, 1967. *Charles L. Durham*, for appellant; *Michael J. Rotko*,

Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.